IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BENNU TITAN LLC (F/K/A ATP TITAN LLC),[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-_____ (__) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, CLMG Corp. ("CLMG") hereby states:

## STATEMENT

The following entities directly or indirectly own 10% or more of a class of equity in CLMG:

- Beal Financial Corporation
- Beal Bank, S.S.B.

## CERTIFICATION

I, the undersigned authorized representative of CLMG, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: August 11, 2016
Plano, Texas

_/s/ James Erwin_
James Erwin
President

---

[1] The last four digits of Bennu Titan LLC's federal taxpayer identification number are 5187.