IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BENNU TITAN LLC (F/K/A ATP TITAN LLC),[1]<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 16-11870 (LSS)<br><br># 6 |

## ORDER FOR RELIEF

Upon consideration of the petition filed on August 11, 2016 against Bennu Titan LLC (f/k/a ATP Titan LLC), together with the certification of counsel requesting entry of an order for relief filed on September 6, 2016, an order for relief under chapter 11 of the Bankruptcy Code is GRANTED.

Dated: Wilmington, Delaware
September 9, 2016

The Honorable Laurie S. Silverstein

---

[1] The last four digits of Bennu Titan LLC's federal taxpayer identification number are 5187.