**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BENNU TITAN LLC (F/K/A ATP TITAN LLC),[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 16-11870(LSS)<br><br><br>**Related Docket No.:** |

## ORDER GRANTING EMERGENCY MOTION OF THE SECURED PARTIES FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

This matter coming before the Court on the *Emergency Motion of the Secured Parties for an Order Directing the Appointment of a Chapter 11 Trustee* (the "**Trustee Motion**"),[2] filed by the Secured Parties, and upon consideration of the arguments and testimony adduced with respect to the Trustee Motion at a hearing before the Court (the "**Hearing**"), and any objections to the Trustee Motion having been withdrawn or overruled on the merits, the Court finds and concludes that:  (a) the Court has jurisdiction over the subject matter of the Trustee Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the legal and factual bases set forth in the Trustee Motion, the declarations of submitted therewith, and on the record at the Hearing establish just cause for the relief granted herein; (d) the relief requested by the Trustee Motion is (i) necessary and appropriate to carry out the provisions of the Bankruptcy Code, and (ii) in the

---

[1] The last four digits of Bennu Titan LLC's federal taxpayer identification number are 5187.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Trustee Motion.

best interests of the Debtor, its estate and its creditors; and (e) notice of the Trustee Motion was sufficient and no other or further notice need be provided; and good and sufficient cause having been shown; therefore, it is hereby

ORDERED that the Trustee Motion to is GRANTED; and it is further

ORDERED that pursuant to 11 U.S.C. § 1104(d), the United States Trustee, after consultation with parties in interest, shall appoint, subject to the Court's approval, one disinterested person to serve as chapter 11 trustee; and it is further

ORDERED that the Debtor's board of managers and the Debtor's officers are enjoined from taking any actions on behalf of the Debtor without further order of the Court; and it is further

ORDERED that pursuant to section 1121(c) of the Bankruptcy Code, the Debtor's exclusive right to propose and solicit a chapter 11 plan for the Debtor is hereby terminated on account of the appointment of the chapter 11 trustee; and it is further

ORDERED that this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Americas 91871595 (2K)

Dated: _____ , 2016

      Wilmington, Delaware

                                 _____
                                 UNITED STATES BANKRUPTCY JUDGE

Americas 91871595 (2K)