# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re<br><br>BENNU TITAN LLC (F/K/A ATP TITAN LLC),[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11870 (LSS)<br><br>Related Docket Nos.: 8, 9 |

**THOMAS E LAURIA,** declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a partner of the firm White & Case LLP, counsel to CLMG Corp., as the agent (the "**Agent**"), and Beal Bank USA, as the lender (the "**Lender**" and, together with the Agent, the "**Secured Parties**"), under that certain Term Loan Agreement, dated as of September 24, 2010 (as amended, the "**Titan Credit Agreement**"), by and among Bennu Titan LLC (f/k/a ATP Titan LLC), as the borrower (the "**Debtor**"), the Agent, and the Lender and the other lenders from time to time party thereto. I submit this declaration (the "**Declaration**") in support of (i) *Emergency Motion of the Secured Parties for an Order Directing the Appointment of a Chapter 11 Trustee* (the **"Trustee Motion"**) and (ii) *Motion of the Secured Parties to Shorten Notice With Respect To The Emergency Motion of the Secured Parties for an Order Directing the Appointment of a Chapter 11 Trustee.*[2]

2. On August 23, 2016, I received an unsolicited call from Ed O'Connell of Lord Securities Corporation, the firm that employs the Independent Manager. During our call, Mr.

---

[1] The last four digits of Bennu Titan LLC's federal taxpayer identification number are 5187.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Trustee Motion.

2

O'Connell informed me that the Independent Manager intends to resign as soon as possible following entry of an order for relief in this case.

Dated: September 15, 2016

*/s/ Thomas E Lauria*
THOMAS E LAURIA