**Fill in this information to identify the case:**

BENNU TITAN LLC
  (f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

_____ District of _____
(State)

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*......................................................................... $ _____ -0-

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...................................................................... $ _____ TBD

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................................ $ _____ TBD

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................. $ 188,006,696

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................. $ _____ -0-

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................... + $ 3,641,568

4. **Total liabilities**...................................................................................................... $ 191,648,264
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: | |
|---|---|
| BENNU TITAN LLC<br>  (f/k/a ATP Titan LLC)<br>U.S. BANKRUPTCY COURT FOR<br>THE DISTRICT OF DELAWARE<br>CASE 16-11870-LSS | _____<br>_____ District of _____<br>                    (State) |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                       $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Green Bank | Operating | 3 1 2 4 | $ 1957 |
| 3.2. | Green Bank | Deposit | 3 1 1 6 | $ 943 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____        $_____
   4.2. _____        $_____

5. **Total of Part 1**                                                                    $ 2900
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                          Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____        $_____
   7.2. _____        $_____

Debtor _____     Case number _____

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____     $ _____

8.2. _____     $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $ _____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    15,000,000  –  TBD           = .......→     $ ___TBD___
                              face amount     doubtful or uncollectible accounts

11b. Over 90 days old:       25,000,000  –  TBD           = .......→     $ ___TBD___
                              face amount     doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ ___TBD___

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____     _____     $ _____

14.2. _____     _____     $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____     _____ %     _____     $ _____

15.2. _____     _____ %     _____     $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1**

Describe:

16.1. _____     _____     $ _____

16.2. _____     _____     $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ _____

---

Debtor _____Bennu Titan LLC_____
       Name

Case number _____

**Part 5:   Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                         $_____

24. Is any of the property listed in Part 5 perishable?

    ☐ No

    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

    ☐ No

    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

    ☐ No

    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____Benny Titan LLC_____
Name

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
Case number
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

$_____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

 ☐ No
 ☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

 ☐ No
 ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

 ☐ No
 ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

 ☐ No
 ☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☒ No. Go to Part 8.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.   $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

 ☐ No
 ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

 ☐ No
 ☐ Yes

Debtor _____
       Name

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
Case number
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    | | | | |
    |---|---|---|---|
    | 47.1 _____ | $ _____ | _____ | $ _____ |
    | 47.2 _____ | $ _____ | _____ | $ _____ |
    | 47.3 _____ | $ _____ | _____ | $ _____ |
    | 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    | | | | |
    |---|---|---|---|
    | 48.1 _____ | $ _____ | _____ | $ _____ |
    | 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

    | | | | |
    |---|---|---|---|
    | 49.1 _____ | $ _____ | _____ | $ _____ |
    | 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    | | | | |
    |---|---|---|---|
    | Bennu Titan floating production facility | $ 104,297,021 | TBD | $ TBD |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ TBD

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    _Benm Titan LLC_    ____ TITAN LLC
             Name                          Case numbe      (f/k/a ATP Titan LLC)
                                                           U.S. BANKRUPTCY COURT FOR
                                                           THE DISTRICT OF DELAWARE
                                                           CASE 16-11870-LSS

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor  ___Bennu Titan LLC___
      Name

Case number _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in
    ☒ No
    ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ❏ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ❏ Yes. Fill in the information below.

                                              **Current value of
debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____  = →   $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

    _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

    _____  $_____

    **Nature of claim**  _____

    **Amount requested**  $_____

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

    _____  $_____

    **Nature of claim**  _____

    **Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

    _____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership
    _____  $_____
    _____  $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ❏ No
    ❏ Yes

Debtor    Bennu Titan LLC
          _____
          Name

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,900 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ TBD | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................ 91a. | $ 2,900 | ✚ 91b. $ —0— |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... $ 2,900

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

District of _____
(State)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's name**
Beal Bank USA

**Creditor's mailing address**
1910 Village Center Circle, Ste 1
Las Vegas, NV 89134

**Creditor's email address, if known**
info@bealbank.com

**Date debt was incurred** Sep 24, 2010

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
Bennu Titan floating production facility, pipelines and related equipment as described in item 1.2 of Mortgage Security Agreement, d. 9/24/2010.

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $188,006,696
Column B: $ TBD

Principal        $180,415,444
Acc. interest      7,591,252
@ 8/31/16
                 188,006,696

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____
Column B: $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $_____

Debtor    Bennu Titan LLC
          _____
          Name

Case number
BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CLMG Corp. Agent for Beal Bank USA<br>6000 Legacy Drive<br>Plano, TX   75024 | Line 2. _1_ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

BENNU TITAN LLC
  (f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

_____ District of _____
               (State)
_____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
                                                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

Debtor _____Bennu_____ Case 16-11870-LSS    Doc 14    Filed 09/16/16    Page 13 of 19

Name

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor h
unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Bureau of Ocean Energy Management<br>1201 Elmwood Park Blvd<br>New Orleans, LA 70123-2394 | **As of the petition filing date, the claim is:** $ 3,641,568<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed   ROW OCS-G 28435<br><br>Basis for the claim: ROW OCS-G 28459 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Bureau of Safety + Environmental Enforcement<br>1201 Elmwood Park Blvd<br>New Orleans, LA 70123-2394 | **As of the petition filing date, the claim is:** $ 3,641,568<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed   ROW OCS-G 28435<br><br>Basis for the claim: ROW OCS-G 28459 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Bennu Oil + Gas, LLC<br>1330 Post Oak Blvd, Ste 1600<br>Houston, TX 77056 | **As of the petition filing date, the claim is:** $ 2,577,135<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed   General<br><br>Basis for the claim: and Administrative Services Agreement<br>dated 9/24/2010 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Beal Bank USA<br>1970 Village Center Circle, Ste 1<br>Las Vegas, NV 89134 | **As of the petition filing date, the claim is:** $ TBD<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed   Potential excess of secured claim over<br><br>Basis for the claim: value of collateral. |
| | **Date or dates debt was incurred** Sep 24, 2010<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>_____<br>_____<br>_____ | **As of the petition filing date, the claim is:** $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>_____<br>_____<br>_____ | **As of the petition filing date, the claim is:** $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |

Debtor  Benny  _____ ATP TITAN LLC
            Name                              (f/k/a ATP Titan LLC)

U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. CLMG Corp. Agent for Beal Bank USA<br>6000 Legacy Drive<br>Plano, TX 75024 | Line 3.4<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   Benn ~~~~   **PENNILE TITAN LLC**
         Name                    (f/k/a ATP Titan LLC)

U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**                    5a.   $ _____

5b.  **Total claims from Part 2**                    5b.  **+**  $ 6,218,703

5c.  **Total of Parts 1 and 2**                      5c.   $ 6,218,703
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name: Bennu Titan LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): 16 - 11870 (LSS)    Chapter 11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Wire Transfer Agreement dated June 23, 2014 | Green Bank, N.A. 4000 Greenbriar Houston, TX 77098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Deposit Account Control Agreement dated September 24, 2010 | Green Bank, N.A. / CLMG Corp. 4000 Greenbriar / 7195 Dallas Parkway Houston, TX 77098 / Plano, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter dated August 5, 2010, as amended on April 23, 2015 | Lord Securities Corporation 48 Wall Street, 27th Floor New York, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Offshore Platform Use Agreement dated September 24, 2010, as amended | Bennu Oil + Gas, LLC 1330 Post Oak Blvd., Suite 1600 Houston, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | General and Administrative Services Agreement dated September 24, 2010, as amended | Bennu Oil + Gas, LLC 1330 Post Oak Blvd., Suite 1600 Houston, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  _Benny Titan LLC_
Name

Case number (if known)  _16-11870 (LSS)_

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** Act of Mortgage, Security Agreement, Financing Statement and Fixture Filing dated September 24, 2010 **State the term remaining** **List the contract number of any government contract** | CLMG Corp. 7195 Dallas Parkway Plano, TX 75024 |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** Term Loan Agreement dated September 24, 2010, as amended **State the term remaining** **List the contract number of any government contract** | CLMG Corp ; Beal Bank USA 7195 Dallas Pkwy ; 6000 Legacy Drive Plano, TX ; Plano, TX 75024 75024 |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** Security Agreement dated September 24, 2010, as amended **State the term remaining** **List the contract number of any government contract** | CLMG Corp. 7195 Dallas Parkway Plano, TX 75024 |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** Second Amended and Restated LLC Agreement **State the term remaining** **List the contract number of any government contract** | Benny Titan Holdco LLC (as Member) 1330 Post Oak Blvd., Suite 1600 Houston, TX 77056 |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** Fee Letter dated September 24, 2010 **State the term remaining** **List the contract number of any government contract** | CLMG Corp. 7195 Dallas Parkway Plano, TX 75024 |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>
BENNU TITAN LLC<br>
  (f/k/a ATP Titan LLC)<br>
U.S. BANKRUPTCY COURT FOR<br>
THE DISTRICT OF DELAWARE<br>
CASE 16-11870-LSS
</td>
<td>
_____<br>
_____ District of _____<br>
            (State)
</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name Bennu Titan LLC_____

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: 16-11870 (LLS)_____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* ___

☐   *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/15/2016           X   _____
               MM/DD/YYYY               Signature of individual on behalf of debtor

                                        Printed name: John V. Simon
                                        Position or relationship to debtor: CEO