BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

_____ District of _____
(State)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue ✱ Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2016 MM/DD/YYYY | to Filing date | ☒ Operating a business ☐ Other _____ | $40,000,000 |
| For prior year: | From 01/01/2015 MM/DD/YYYY | to 12/31/2015 MM/DD/YYYY | ☒ Operating a business ☐ Other _____ | $60,000,000 |
| For the year before that: | From 01/01/2014 MM/DD/YYYY | to 12/31/2014 MM/DD/YYYY | ☒ Operating a business ☐ Other _____ | $53,000,000 |

✱ Monthly support payments under Platform Use Agreements.

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ MM/DD/YYYY | to Filing date | _____ | $_____ |
| For prior year: | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $_____ |

Debtor ___Bennu Titan LLC___    Case number   BENNU TITAN LLC
         Name                                  (f/k/a ATP Titan LLC)
                                               U.S. BANKRUPTCY COURT FOR
                                               THE DISTRICT OF DELAWARE
                                               CASE 16-11870-LSS

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | Creditor's name<br>Street<br>City    State    ZIP Code | | $____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |
   | 3.2. | Creditor's name<br>Street<br>City    State    ZIP Code | | $____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | Insider's name<br>Street<br>City    State    ZIP Code<br>**Relationship to debtor** | | $____ | |
   | 4.2. | Insider's name<br>Street<br>City    State    ZIP Code<br>**Relationship to debtor** | | $____ | |

| Debtor | Bennu Titan LLC | Case number | BENNU TITAN LLC (f/k/a ATP Titan LLC) U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE CASE 16-11870-LSS |
|---|---|---|---|
| | Name | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|---|
   | 5.1. | Creditor's name<br>Street<br>City  State  ZIP Code | | | $ |
   | 5.2. | Creditor's name<br>Street<br>City  State  ZIP Code | | | $ |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | Creditor's name<br>Street<br>City  State  ZIP Code | <br>Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None

   | | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Case title<br><br>Case number | | Name<br>Street<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | Case title<br><br>Case number | | Name<br>Street<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

Debtor ___Bennu Titan LLC___  Case number __BENNU TITAN LLC (f/k/a ATP Titan LLC) U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE CASE 16-11870-LSS__

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City  State  ZIP Code | | Name |
| | Case number | Street |
| | | City  State  ZIP Code |
| | Date of order or assignment | |

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |

### Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | $_____ |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 4

Debtor _____Bennu Titan LLC_____        Case number  BENNU TITAN LLC
      Name                                                                                  (f/k/a ATP Titan LLC)
                                                                                          U.S. BANKRUPTCY COURT FOR
                                                                                 THE DISTRICT OF DELAWARE
                                                                                 CASE 16-11870-LSS

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | Address | | | |
| | _____ Street _____ | | | |
| | ____ City ____ State ____ ZIP Code ____ | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | Address | | | |
| | _____ Street _____ | | | |
| | ____ City ____ State ____ ZIP Code ____ | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee | | | |
| _____ | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5

Debtor  Bennu Titan LLC  
_____  
Name

Case number  BENNU TITAN LLC  
(f/k/a ATP Titan LLC)  
U.S. BANKRUPTCY COURT FOR  
THE DISTRICT OF DELAWARE  
CASE 16-11870-LSS

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |

**Address**  
Street  
City   State   ZIP Code

**Relationship to debtor**

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2. | | | | $ |

**Address**  
Street  
City   State   ZIP Code

**Relationship to debtor**

### Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

**Address**      Dates of occupancy

14.1. 4600 Post Oak Place, Suite 100    From 9/24/2010  To 8/22/2014  
Street  
Houston    TX    77057  
City   State   ZIP Code

14.2. _____    From _____ To _____  
Street  
_____  
City   State   ZIP Code

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor __Bennu Titan LLC__  
Name

Case number   BENNU TITAN LLC  
(f/k/a ATP Titan LLC)  
U.S. BANKRUPTCY COURT FOR  
THE DISTRICT OF DELAWARE  
CASE 16-11870-LSS

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name  _____ Street  _____ City  State  ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name  _____ Street  _____ City  State  ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16.** Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:
      Name of plan                                    Employer identification number of the plan
      _____                                     EIN: __ __ - __ __ __ __ __ __ __
      Has the plan been terminated?
      ☐ No
      ☐ Yes

Case 16-11870-LSS    Doc 15    Filed 09/16/16    Page 8 of 15

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

Debtor _Bennu Titan LLC_ Case number

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | | $____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | | $____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

Debtor  Bennu Titan LLC
       _____
       Name

Case number  BENNU TITAN LLC
            (f/k/a ATP Titan LLC)
            U.S. BANKRUPTCY COURT FOR
            THE DISTRICT OF DELAWARE
            CASE 16-11870-LSS

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending / ☐ On appeal / ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☒ Yes. Provide details below.

Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Bennu Titan facilities<br>ROW OCS-G 28435<br>ROW OCS-G 28459 | Gulf of Mexico OCS Region<br>1201 Elmwood Park Blvd<br>New Orleans, LA 70123-2394 | | |

Debtor _____ Case number BENNU TITAN LLC
      Name                                     (f/k/a ATP Titan LLC)
                                               U.S. BANKRUPTCY COURT FOR
                                               THE DISTRICT OF DELAWARE
                                               CASE 16-11870-LSS

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
    ☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name / Street / City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ <br> Dates business existed <br> From _____ To _____ |
| 25.2. | Name / Street / City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ <br> Dates business existed <br> From _____ To _____ |
| 25.3. | Name / Street / City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ <br> Dates business existed <br> From _____ To _____ |

| Debtor | BENNU TITAN LLC (f/k/a ATP Titan LLC) | Case number | U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE CASE 16-11870-LSS |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address: Michael O. Aldridge
1330 Post Oak Blvd, Ste 1600
Houston, TX 77056

Dates of service: From 12/13 To Present

**26a.2.**
Name and address: Scott D. Heflin
1330 Post Oak Blvd, Ste 1600
Houston, TX 77056

Dates of service: From 9/10 To Present

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**
Name and address: BDO USA LLC
2929 Allen Parkway, 20th Floor
Houston, TX 77019-7100

Dates of service: From 12/14 To Present

**26b.2.**
Name and address: UHY Advisors, Inc.
2929 Allen Parkway, 20th Floor
Houston, TX 77019-7100

Dates of service: From 11/13 To 11/14

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name and address: Michael O. Aldridge
1330 Post Oak Blvd, Ste 1600
Houston, TX 77056

If any books of account and records are unavailable, explain why: ___

Debtor _____    Case number  BENNU TITAN LLC
       Name                                                        (f/k/a ATP Titan LLC)
                                                                   U.S. BANKRUPTCY COURT FOR
                                                                   THE DISTRICT OF DELAWARE
                                                                   CASE 16-11870-LSS

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Scott D. Heflin<br>1330 Post Oak Blvd, Ste 1600<br>Houston, TX 77056 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  CLMG Corp., Agent for Beal Bank USA
        6000 Legacy Drive
        Plano, TX  75024

Name and address

26d.2.  Beal Bank USA
        1970 Village Center Circle, Ste 1
        Las Vegas, NV  89134

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1. _____

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 12

Debtor _____  Case number  BENNU TITAN LLC
      Name                                                                                                                                (f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
|  | _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
     Name

_____
Street

_____
City           State      ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
|  | See Attachment |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | From _____ To _____ |
|  |  |  | From _____ To _____ |
|  |  |  | From _____ To _____ |
|  |  |  | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____
     Name

_____
Street

_____
City           State      ZIP Code

Relationship to debtor

Debtor _____ Case number  BENNU TITAN LLC
Name                                                          (f/k/a ATP Titan LLC)
                                                              U.S. BANKRUPTCY COURT FOR
                                                              THE DISTRICT OF DELAWARE
                                                              CASE 16-11870-LSS

**Name and address of recipient**

30.2
Name _____
Street _____
_____
City _____ State _____ ZIP Code _____

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

Name of the parent corporation        Employer Identification number of the parent corporation
Bennu Holdings, LLC                    EIN: 90 - 1019586

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund              Employer Identification number of the pension fund
_____       EIN: __ __ - __ __ __ __ __ __ __

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/14/2016
             MM / DD / YYYY

✗ /s/ Michael O Aldridge                      Printed name  Michael O. Aldridge
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    CFO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 14

BENNU TITAN LLC
(f/k/a ATP Titan LLC)
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
CASE 16-11870-LSS

Bennu Titan LLC

## Attachment to Form 207 – Item 28

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any | Note |
|---|---|---|---|---|
| John V. Simon | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | CEO/Director | | |
| Scott M. Heck | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | COO | | (1) |
| Michael O. Aldridge | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | CFO | | |
| Dennis C. Smith | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | GC | | |
| Scott D. Heflin | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | VP & Controller | | (1) |
| James Chapman | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | (1) |
| John Paul Hanson | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | (1) |
| Scott G. Pearl | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | (1) |
| Michiel C. van den Bold | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | (1) |
| Harrison Bubrosky | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | |
| Albert Fiorivanti | 1330 Post Oak Blvd, Ste 1600, Houston, TX 77056 | Director | | |

(1) This person resigned from the noted capacity on or about August 24, 2016, after the date the Involuntary Petition was filed (August 11, 2016) but before the Order for Relief was filed (September 6, 2016).