Fill in this information to identify the case:

Debtor name: BENNU TITAN LLC (f/k/a ATP Titan LLC)

United States Bankruptcy Court for the: U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE District of _____ (State)

Case number: CASE 16-11870-LSS

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bureau of Safety and Environmental Enforcement | Attn: Cathy Moser 800-200-4853 | Offshore pipeline right of way decommissioning costs. | Unliq. | 3,641,568 | -0- | 3,641,568 |
| 2 | Gulf of Mexico OCS Region 1201 Elmwood Park Blvd New Orleans, LA 70123-2394 | | | | | | |
| 3 | | | | | | | |
| 4 | Bureau of Ocean Energy Management Gulf of Mexico OCS Region | Attn: Jaron Ming | Offshore pipeline right of way decommissioning costs | Unliq. | 3,641,568 | -0- | 3,641,568 |
| 5 | 1201 Elmwood Park Blvd New Orleans, LA 70123-2394 | | | | | | |
| 6 | | | | | | | |
| 7 | NOTE: Lines 1 and 4 above represent the same liabilities (dual notice requirement.) | | | | | | |
| 8 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name Bennu Titan LLC

United States Bankruptcy Court for the District of Delaware

Case number (if known): 16-11870 (LLS)

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ___
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/15/2016            X  _[signature]_
               MM/DD/YYYY               Signature of individual on behalf of debtor

                                        Printed name: John V. Simon
                                        Position or relationship to debtor: CEO

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors     Page 1
RLF1 13165353v.1