IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BENNU TITAN LLC (f/k/a ATP TITAN LLC),[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-11870 (LSS)<br><br>**Related to Docket No. 78**<br><br>**Hearing Date: November 16, 2016 at 3:00 p.m. (ET)**<br><br>**Objection Deadline: November 9, 2016 (extended until November 14, 2016 for Beal Bank USA and CLMG Corp.)** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF BENNU TITAN LLC
FOR AN ORDER AUTHORIZING CERTAIN RELIEF RELATED TO THE
CONTINUATION AND RENEWAL OF INSURANCE PROGRAMS**

I, Aaron H. Stulman, an attorney with the law firm of Ashby & Geddes, P.A., counsel to Bennu Titan LLC, the above-captioned debtor and debtor in possession ("Debtor") in the above-captioned case, hereby certify the following:

1.    On October 26, 2016, the Debtor filed the *Motion of Bennu Titan LLC for an Order Authorizing Certain Relief Related to the Continuation and Renewal of Insurance Programs* (the "Motion") [Docket No. 78].

2.    The deadline to object to the Motion was November 9, 2016 at 4:00 p.m. (the "Objection Deadline"). The Objection Deadline was extended until November 14, 2016 at 11:00 a.m. solely for Beal Bank USA and CLMG Corp. (together, "Beal Bank").

3.    No formal objections to the Motion were filed, however, on November 14, 2016, the Debtor received informal comments from Beal Bank regarding the original proposed form of

---

[1] The last four digits of Bennu Titan LLC's federal taxpayer identification number are 5187.

{01164824;v1}    1

order granting the relief requested in the Motion, which was attached to the Motion as Exhibit B (the "Original Proposed Order").

4. Attached hereto as **Exhibit A** is a form of revised proposed order (the "Revised Proposed Order"), which addresses the informal comments of Beal Bank.

5. Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order against the Original Proposed Order.

6. Attached hereto as **Exhibit C** is the final and fully executed PFA.[2]

7. Counsel to the Debtor has provided a copy of the Revised Proposed Order to Beal Bank, Aon, and First Funding. All parties have indicated that the Revised Proposed Order is acceptable.

WHEREFORE the Debtor respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: November 15, 2016  **ASHBY & GEDDES, P.A.**

*/s/ Aaron H. Stulman*
William P. Bowden, Esq. (No. 2553)
Karen B. Skomorucha Owens (No. 4759)
Aaron H. Stulman (No. 5807)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com
Email: astulman@ashby-geddes.com

*Counsel for the Debtor*

---

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.